156 So.2d 605

**Harold E. HIGGINS, Jr.**

v.

**LOUISIANA STATE PENITENTIARY DEPARTMENT OF INSTITUTIONS of the State of Louisiana.**

No. 46911.

Oct. 9, 1963.

Court of Appeal, First Circuit. 154 So.2d 570.

Writ granted. But limited to a consideration of whether the Court of Appeal should have remanded the case to the Civil Service Commission for the purpose of determining whether the employing authority was entitled to offset any salary or wages earned by the employee during the time of his separation from the service, from the back salary due him. In all other respects, the writ is denied.